IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.

KEIDRA M. SMITH

_____/

INFORMATION

3:24mj337

THE UNITED STATES ATTORNEY CHARGES:

COUNT ONE

That between on or about July 1, 2024, and on or about August 13, 2024, in the Northern District of Florida, and within the special maritime and territorial jurisdiction of the United States, to wit: Naval Air Station Pensacola, Pensacola, Florida, the defendant,

**KEIDRA M. SMITH,**

did embezzle, steal, purloin and knowingly convert to her own use, property of the United States of a value less than One Thousand Dollars ($1,000.00), to wit: goods from the NEX Micro Market at Naval Hospital Pensacola, in violation of Title 18, United States Code, Section 641.

_____ for   November 14, 2024
JASON R. COODY                DATE
United States Attorney

FILED USDC FLND PN
NOV 14 '24 PM 12:05